UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE APPLICATION OF KEVIN-GERALD
STANFORD for an Order Pursuant to 28 U.S.C. § 1782

25 Misc. 602 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

*Pro se* applicant Kevin-Gerald Stanford applies for an order pursuant to 28 U.S.C. § 1782. Dkts. 1–5. Stanford seeks authorization to issue subpoenas to Proskauer Rose LLP ("Proskauer") for documents, which he intends to use in pending proceedings before the High Court of Justice in England and Wales. Dkt. 1 (the "application") at 1.

To date, the docket of this case does not reflect that Stanford has served the application on Proskauer, and Proskauer has not appeared. The Court accordingly directs Stanford, by **February 20, 2026**, to (1) serve the application (including all supporting materials, as filed at dockets 1–5) on Proskauer, and (2) file proof of such service on the docket. The Court intends thereafter to set a briefing schedule on the application.

The Clerk of Court is respectfully directed to mail a copy of this Order to Stanford at the address on file.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 23, 2026
New York, New York