UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF KEVIN-GERALD STANFORD *for an Order Pursuant to 28 U.S.C. § 1782* | 25 Misc. 602 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated in the Court's order at docket 8, the Court hereby dismisses this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for applicant's failure to comply with *In Re: Cases Filed By Pro Se Plaintiffs, This Matter Relates To: Duty of Self-Represented Parties to Keep Address Information Current*, No. 24 Misc. 127 (LTS) (S.D.N.Y. Mar. 18, 2024).

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 31, 2026
New York, New York